UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TILCON NEW YORK, INC. ) | |
|     Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | |
| INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
|     Defendant ) | |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE on this date, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, by its undersigned counsel, JOHN L. SENNING, ESQ., has filed Notice of Removal pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1446 in the office of the Clerk of the United States District Court for the District of Connecticut. Said defendant shows:

1.  Plaintiff, TILCON NEW YORK INC, commenced this action against defendant in the Superior Court of the State of Connecticut, Judicial District of New Haven, by filing a Complaint dated August 8, 2014 with said Court on August 18, 2014. A true copy of the Plaintiff's Complaint is annexed hereto as Exhibit "A".

2.  The Summons and Complaint were delivered to INDEMNITY INSURANCE COMPANY OF NORTH AMERICA on or about August 19, 2014.

3.  Plaintiff alleges in the Complaint that it is a corporation organized and existing under the laws of the State of Delaware. Upon information and belief, plaintiff's principal place of business in the County of Rockland, State of New York.

4.	INDEMNITY INSURANCE COMPANY OF NORTH AMERICA is, and at all times relevant was, a corporation, incorporated in the State of Pennsylvania, with its principal place of business in State of Pennsylvania.

5.	The allegations contained in plaintiff's Complaint pertain to an alleged claim for breach of a policy of maritime insurance.

6.	The jurisdiction of this Court over the subject matter of this action is conferred upon this Court by 28 U.S.C. §1332, Diversity of Citizenship, in that plaintiff is a citizen of the State of New York, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA is a citizen of the State of Pennsylvania and upon information and belief the Plaintiff's demand exceeds the sum or value of $75,000.00 exclusive of interest and costs.

7.	Jurisdiction of this Court over the subject matter of this action is also conferred upon this Court by 28 U.S.C. §1333, which provides that the District Courts shall have original jurisdiction of any civil case of admiralty or maritime jurisdiction.  Plaintiff's allegations comprise a maritime claim within the admiralty jurisdiction of this Court.

8.	Notice of Removal is filed with this Court within thirty days of Defendant INDEMNITY INSURANCE COMPANY OF NORTH AMERICA's receipt, through service or otherwise, of a copy of the initial pleading setting for the claim for relief upon such action or proceeding as provided by 28 U.S.C. 1446(b).

9.	INDEMNITY INSURANCE COMPANY OF NORTH AMERICA hereby removes this action to the United States District Court for the District of Connecticut.

10. After filing of the Notice of Removal in the United States District Court for the District of Connecticut, written notice of the filing of this Notice of Removal will be given by the attorneys for INDEMNITY INSURANCE COMPANY OF NORTH AMERICA to the attorneys for the Plaintiff, as provided by law, and a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of the State of Connecticut, Judicial District of New Haven.

11. Defendant INDEMNITY INSURANCE COMPANY OF NORTH AMERICA has good and sufficient defenses to this action.

12. No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA gives Notice of Removal of this case to the United States District Court for the District of Connecticut.

Dated: September 8, 2014.

        THE DEFENDANT
        INDEMNITY INSURANCE COMPANY
        OF NORTH AMERICA

BY: _____
        John L. Senning, Esq.
        Essex Law Group Offices
        31 North Main Street, 2nd Floor
        Essex, CT  06426
        Tel:  (860) 767-2618
        Fax: (860) 767-6573
        Email: john@essexlawgroup.com
        Fed. Bar No. CT05807
        --Its Attorney--